United States District Court
Southern District of Texas

**ENTERED**

July 28, 2017

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EDUARDO CASTRO SALINAS | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER |
| | ) | |
| UNITED PROPERTY & CASUALTY | ) | M-17-132 |
| INSURANCE COMPANY AND | ) | |
| SYLVESTER DRAIN | ) | |

## MINUTE ENTRY

The Plaintiff, Eduardo Castro Salinas, has filed an "Agreed Motion for Continuance" wherein he announces that the parties have reached a settlement in the above referenced case.

It is, therefore, ORDERED that all pending motions in this case are hereby DENIED without prejudice to reurging the same if an Agreed Motion to Dismiss is not filed.

It is further ORDERED that the Initial Pretrial Conference set for August 9, 2017, is cancelled, and a status conference in this case is set for October 10, 2017, at 4:00 p.m.

The Clerk shall send a copy of this Minute Entry to counsel for the parties.

DONE on this 28th day of July, 2017, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE