IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EDUARDO CASTRO SALINAS,<br>    Plaintiff,<br><br>V.<br><br>UNITED PROPERTY & CASUALTY<br>INSURANCE COMPANY, and<br>SYLVESTER DRAIN,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 7:17-CV-00132 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Eduardo Castro Salinas and Defendants United Property & Casualty Insurance Company and Sylvester Drain hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendants are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the ____ day of _____, 2017.

Respectfully submitted,

_____
John Saenz
Hilary Duncan

J. SAENZ & ASSOCIATES, P.C.
805 Dallas Ave.
McAllen, Texas 78501
Telephone: (956) 467-0111
Facsimile: (956) 467-1742

**COUNSEL FOR PLAINTIFF**

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson, Attorney-In-Charge
State Bar No. 24029862
Southern District No. 17055

THOMPSON, COE, COUSINS & IRONS, LLP.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

This is to certify that on the _____ day of _____, 2017, a true and correct copy of the foregoing was delivered to the following counsel for Plaintiff by electronic service and facsimile transmission:

John Saenz
Hilary Duncan
J. SAENZ & ASSOCIATES, P.C.
805 Dallas Ave.
McAllen, Texas 78501
    *Counsel for Plaintiff*

/s/ Rhonda J. Thompson
Rhonda J. Thompson

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** – Page 2
2802304v1
11151.112